AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Jonathan AGRAMONTE

*Plaintiff*

v.

ST MANAGEMENT GROUP, INC, STEVE TENEDIOS, JOHN ZAMFOTIS, CAFE METRO, et al.

*Defendant*

Civil Action No.

14 cv 1790

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1211 Bake Operating, LLC
315 Madison Ave
New York, NY 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: MAR 14 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 1211 BAKE OPERATING, LLC
was received by me on *(date)* MARCH 14, 2014

☐ I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* 1211 BAKE OPERATING, LLC, who is
   designated by law to accept service of process on behalf of *(name of organization)* 1211 BAKE OPERATING, LLC on *(date)* MARCH 14, 2014 or
   AT 4:12 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: MARCH 14, 2014

*Server's signature*

ALVIN D. GONZALEZ, PROCESS SERVER
*Printed name and title*

153 EAST 110TH STREET, P.O.B 1002
NEW YORK, NY 10029-0293
*Server's address*

Additional information regarding attempted service, etc: