**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN*

TRAM D. LOPRESTO

*Admitted in New York and Ohio

May 16, 2014

**Via ECF**
Hon. Harold Baer, Jr., U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: Agramonte v. ST Management
           Group, Inc. et, al.
           Index No. 14 Civ. 1790

Dear Judge Baer,

  We represent defendants in the above-captioned matter and jointly submit this letter with plaintiff's counsel to advise the Court that the parties have reached an agreement in principal on the material terms in the above-captioned matter. As such, we respectfully request that the pre-trial conference currently scheduled before Your Honor for 3:15 p.m. on Thursday May 22, 2014 be adjourned whilst the parties are finalizing a written settlement agreement and release. Thank you in advance for your consideration.

                   Respectfully submitted,

                   Andrew S. Hoffmann

cc: Richard Garbarini, Esq.