**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080



RECEIVED
MAY 06 2014
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

ANDREW S. HOFFMANN*

TRAM D. LOPRESTO

*Admitted in New York and Ohio

May 1, 2014



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/14

**Via ECF**
Hon. Harold Baer, Jr., U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Agramonte v. ST Management
Group, Inc. et, al.
Index No. 14 Civ. 1790

Dear Judge Baer,

    We represent defendants in the above-captioned matter.

    Your Honor has scheduled an Initial Pre-Trial Conference on this matter for May 22, 2014 at 3:15 p.m.

    In this action, plaintiff Agramonte purports to set forth claims against defendants, his former employer, for unpaid wages under federal and New York law.

    I enclose for the Court's review two letters I previously sent to Richard Garbarini, counsel for plaintiff herein. The first letter sent on March 24, 2014 detailed the complete falsity of the allegations set forth in plaintiff's original complaint and provided Mr. Garbarini with documents generated by defendants during plaintiff's eight (8) days of employment with defendants which demonstrate unequivocally that plaintiff's allegations are factually incorrect.

After receiving my March 24, 2014 letter, Mr. Garbarini did not discontinue this action as I had demanded, but rather interposed a First Amended Complaint. Remarkably, Mr. Garbarini revised plaintiff's allegations in the First Amended Complaint to correspond with the documentary evidence I sent him, but added new claims clearly invented so as to navigate around the undisputed facts as now understood by Mr. Garbarini and his client.

After receiving the First Amended Complaint, I wrote to Mr. Garbarini again on April 10, 2014 pointing out plaintiff's new fabrications and their inconsistency with his allegations made just two weeks earlier, and again demanding that he withdraw his action before defendants were required to expend resources to defend the case. Mr. Garbarini did not respond to my April 10, 2014 letter.

It is defendants' contention that the conduct of Mr. Garbarini in maintaining this action in the face of Mr. Agramonte's wanton prevarications is so egregious and inconsistent with his obligations under Rule 11, F.R.C.P. that we are taking the unusual step of bringing this to the Court's attention at this early stage of the case, and hope to address our concerns with the Court on May 22nd.

Respectfully submitted,

Andrew S. Hoffmann

cc: Richard Garbarini, Esq.

*[Handwritten note:]* all of what you say maybe so but it can best be resolved at the PTC on May 22nd - See you then.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 5/19/14

2

Endorsement:

All of what you say may be so but it can best be resolved at the pre trial conference on the 22nd - See you Thursday.