**HOFFMANN & ASSOCIATES**
Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN*

TRAM D. LOPRESTO

*Admitted in New York and Ohio

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/14

May 16, 2014

**Via ECF**
Hon. Harold Baer, Jr., U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:   Agramonte v. ST Management Group, Inc. et, al.
                 Index No. 14 Civ. 1790

Dear Judge Baer,

      We represent defendants in the above-captioned matter and jointly submit this letter with plaintiff's counsel to advise the Court that the parties have reached an agreement in principal on the material terms in the above-captioned matter. As such, we respectfully request that the pre-trial conference currently scheduled before Your Honor for 3:15 p.m. on Thursday May 22, 2014 be adjourned whilst the parties are finalizing a written settlement agreement and release. Thank you in advance for your consideration.

                                                                   Respectfully submitted,

                                                                   Andrew S. Hoffmann

cc:   Richard Garbarini, Esq.

*[Handwritten endorsement by the Court:]* adj to June 5 at 3:00 — there will be no more adjournments & if you need more time you may fill out + lodge cpy to stip of discont but I am full. ORDERED on my desk by June 3 — Harold Baer, Jr., U.S.D.J.   Date: 5/20/14

Endorsement:

Adjourned to June 5 at 3:00 P.M. There will be no more adjournments and if you need more time you may fill out my Stipulation of Discontinuance and take up to 30 more days but have it on my desk by June 3rd so I can fill your spot.