USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JONATHAN AGRAMONTE, *on behalf of himself
and all other similarly situated employees,*

                             Plaintiff,

               -against-

ST MANAGEMENT GROUP, INC., STEVE
TENEDIOS, JOHN ZAMFOTIS, 42ND STREET
BAKERY, LLC d/b/a CAFÉ METRO, 1211 BAKE
OPERATING, LLC d/b/a FRESH & CO., CAFÉ
METRO, FRESH & CO., FOOD MERCHANTS
CAFÉ, FOOD EXCHANGE and FLAVORS,

                             Defendants.
----------------------------------------------------------------X

Index No. 14-CV-1790 (HB) (SHS)

**STIPULATION AND
ORDER OF DISMISSAL**

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit be dismissed with prejudice, with each party to bear its own fees and costs (other than those specified in the Settlement Agreement), and further that Plaintiff is barred from bringing another claim under the Fair Labor Standards Act, New York Labor Law, or any other federal, state or local law for wages, including overtime pay, for the period set forth in the Complaint.

Dated: May 30, 2014

| | |
|---|---|
| Garbarini Fitzgerald P.C.<br>*Attorneys for Plaintiff*<br><br>By: _____<br>Richard Garbarini, Esq.<br>420 Lexington Ave, Suite 2743<br>New York, New York 10170 | Hoffmann & Associates<br>*Attorneys for Defendants*<br><br>By: _____<br>Andrew Hoffmann, Esq.<br>450 7th Ave., Suite 1400<br>New York, New York 10123 |

6/5/14

SO ORDERED: _____, U.S.D.J.

10